**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-40-RJC
(3:14-cr-82-RJC-8)**

| | |
|---|---|
| **MARCO VINICIO FALLAS HERNANDEZ,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **vs.** ) | **ORDER** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on periodic review of the record.

Petitioner filed a 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, in the instant civil case, (Doc. No. 1), as well as a Brief in Support, (Doc. No. 3). The Government has filed a Response, (Doc. No. 5).

Upon review of the record, the Court has discovered that Petitioner's Brief in Support is missing page 11. See (Doc. No. 3 at 10-11).

Petitioner may file, within **10 days** of this Order, page 11 of the Brief in Support so that it may be added to the docket by the Clerk of Court. Petitioner's failure to timely comply with this Order will result in the Court's consideration of the incomplete Brief in Support.

**IT IS, THEREFORE, ORDERED** that:

1. Petitioner may file within **10 days** of this Order page 11 of the Brief in Support, (Doc. No. 3).

2. Failure to comply with this Order will result in the Court's consideration of the incomplete Brief in Support.

1

Signed: June 20, 2018

*[Signature]*

Robert J. Conrad, Jr.
United States District Judge